UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
SANDERS LAMAR C.B. ADAMS, *pro se*,     :
     :
           Plaintiff,     :
     :     **TRANSFER ORDER**
     -against-     :     14-CV-769 (DLI)(LB)
     :
GEORGE W. BUSH, USA, STATE OF NEW  :
YORK, ATTORNEY GENERAL, MAYOR OF :
NEW YORK,     :
     :
           Defendants.     :
     :
-------------------------------------------------------- x

**DORA L. IRIZARRY, U.S. District Judge:**

On January 30, 2014, *pro se* plaintiff Sanders Lamar C.B. Adams ("Adams") commenced this action, alleging that various private hospitals, New York City and State agencies, and government officials conspired to involuntarily commit and treat him.  Adams is currently housed at Kirby Forensic Psychiatric Center ("Kirby"), a maximum security hospital of the New York State Office of Mental Health ("OMH"), located in New York County, New York. Pursuant to the venue provision governing civil actions, this action should be filed in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claims occurred.  *See* 28 U.S.C. § 1391(b).

Here, none of the defendants reside in the Eastern District of New York, and, based on a review of plaintiff's complaint, a substantial part of the events or omissions giving rise to the claim occurred in New York County.  Accordingly, this case is hereby transferred to the United States District Court for the Southern District of New York.  *See* 28 U.S.C. §1404(a) ("[A] district court may transfer any civil action to any other district or division where it might have been brought . . . .").  A ruling on Plaintiff's application to proceed *in forma pauperis* is reserved

1

for the Transferee Court.  That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a seven-day delay is waived.  No summons shall issue from this Court.  The letter issued on February 4, 2014 (Docket Entry No. 3) directing the head of the facility in which plaintiff is being held to collect the filing fee of $350 pursuant 28 U.S.C. § 1915 is hereby vacated as the determination on fee collection is reserved for the Transferee Court.

SO ORDERED.

Dated:  Brooklyn, New York
        February 25, 2014

_____/s/_____
        DORA L. IRIZARRY
        United States District Judge

2